IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANCARE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RUTH THROWER, by and through her Successor in Interest, Rosie Lee Mills; ROSIE LEE MILLS; HELEN MILLS; LORETTA EDDINGS; LASHAWN THROWER; PERRY JOHNSON, JR.; ELLEN MASON<br><br>    Defendants. | No. C 15-05362 WHA<br><br>**ORDER RELATING CASES AND SETTING MOTION AND HEARING DATES** |

For the reasons stated at today's oral argument, the companion case (*Thrower et al. v. Grancare et al.*, Case No. 15–CV–5575–MMC)**,** shall be **RELATED** to this case.  By **FEBRUARY 4, 2016, AT NOON**, Grancare shall file its motion to compel arbitration in both cases and shall notice the motion for hearing on **MARCH 17, 2016, AT EIGHT A.M.**  The opposition to that motion will be due on **FEBRUARY 18** and the reply due on **FEBRUARY 25**.  All other pending motions in both cases shall be re-noticed for hearing on **MARCH 17 AT EIGHT A.M.**  If the Court retains jurisdiction of the cases, a further case management conference will be scheduled in due course.

**IT IS SO ORDERED.**

Dated: January 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE